IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CHARLES A. WILLIS                                              PLAINTIFF

V.                                       CAUSE NO. 4:17-CV-003-SA-JMV

GT EXPEDITED, INC.                                         DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having been advised that Plaintiff Charles A. Willis has settled and compromised his claims herein against Defendant GT Expedited, Inc., and that Plaintiff has agreed to dismiss with prejudice his claims against said Defendant, finds that Plaintiff Charles A. Willis' claims should be and are hereby DISMISSED WITH PREJUDICE.

IT IS, THEREFORE, ORDERED that Plaintiff Charles A. Willis' claims against Defendant GT Expedited, Inc., are hereby dismissed, with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

SO ORDERED, this the 29th day of January, 2018.

                                                       /s/ Sharion Aycock
                                                       UNITED STATES DISTRICT JUDGE

AGREED TO BY:

s/ James M. Mars, II
James M. Mars, II, MB # 1873
Attorney for Plaintiff

s/ Arthur D. Spratlin, Jr.
Arthur D. Spratlin, Jr., MB # 9035
Attorney for Defendant